Doc

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF ASSIGNMENT
08cv4110

Galchutt
  v.  The Blackstone Group

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

 Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of
  Judge McMahon
All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

 The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of assignment on all defendants.

             J. Michael McMahon, CLERK

Dated: 05/08/2008

         By:  <u>Jenny R. Horne</u>
             Deputy Clerk


cc: Attorneys of Record
<u>PS REASSIGNMENT FORM</u>


Data Quality Control
Revised:  March 9, 2001