## SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3735

E-MAIL ADDRESS
bangioljllo@stblaw.com

June 19, 2008

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

Re: Blackstone IPO Litigation
Civil Action No. 08-CV-03601 (CM)
Civil Action No. 08-CV-03838 (CM)
Civil Action No. 08-CV-04064 (CM)
Civil Action No. 08-CV-04110 (CM)
Civil Action No. 08-CV-05447 ( )

Dear Judge McMahon:

This letter is submitted on behalf of all parties in attendance at yesterday's status conference to memorialize the schedule set by the Court:

1. June 20, 2008: deadline for submission of any oppositions to the motions for consolidation, appointment of lead plaintiff and approval of selection of lead counsel, which shall be provided to the Court in the form of letters. There will be no replies. The Court indicated that it expects to rule on these motions on or before June 23, 2008.

2. June 27, 2008: deadline for lead plaintiff to file a Consolidated Amended Complaint.

3. July 11, 2008: deadline for defendants to file a motion to dismiss the Consolidated Amended Complaint and for lead plaintiff to file a motion for class certification.

4. July 25, 2008: deadline for filing oppositions to any motion to dismiss and motion for class certification.

5. August 1, 2008: deadline for filing replies to any motion to dismiss and motion for class certification.

6. The parties understand that the foregoing schedule applies to the following cases as well as any subsequently filed cases that are related to these cases:

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    BEIJING    HONG KONG    LONDON    TOKYO

SIMPSON THACHER & BARTLETT LLP

Hon. Colleen McMahon     -2-     June 19, 2008

| | |
|---|---|
| LANDMEN PARTNERS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>v.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>                         Defendants. | Civil Action No. 08-CV-03601 (CM) |
| TIMOTHY McADAM, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>v.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>                         Defendants. | Civil Action No. 08-CV-03838 (CM) |
| DAVID W. JAKEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>v.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>                         Defendants. | Civil Action No. 08-CV-04064 (CM) |

SIMPSON THACHER & BARTLETT LLP

Hon. Colleen McMahon     -3-     June 19, 2008

| DAVID B. GALCHUTT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>Defendants. | Civil Action No. 08-CV-04110 (CM) |
|---|---|
| RETTINO INSURANCE AGENCY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>Defendants. | Civil Action No. 08-CV-05447 ( ) |

7.    In connection with the foregoing schedule, the parties have stipulated and agreed that service of all papers among the parties will be both by email and overnight delivery.

8.    The previously scheduled initial pretrial conference in these cases set for July 11, 2008 is adjourned *sine die*.

Respectfully,

Bruce D. Angiolillo

SIMPSON THACHER & BARTLETT LLP

Hon. Colleen McMahon        -4-        June 19, 2008

cc:     David A.P. Brower, Esq.
       Samuel H. Rudman, Esq.
       David A. Rosenfeld, Esq.
       Mark Levine, Esq.
       Ralph M. Stone, Esq.
       Lisa M. Pollard, Esq.