UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————x

LANDMEN PARTNERS INC.,

    Plaintiff,

  -against-

THE BLACKSTONE GROUP L.P., et al.,

    Defendants.

———————————————————x

McADAM,

    Plaintiff,

  -against-

THE BLACKSTONE GROUP L.P., et al.,

    Defendants.

———————————————————x

JAKEMAN,

    Plaintiff,

  -against-

THE BLACKSTONE GROUP L.P., et al.,

    Defendants.

———————————————————x

GALCHUTT,

    Plaintiff,

  -against-

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08
```

08 Civ. 3601(CM)

08 Civ. 3838 (CM)

08 Civ. 4064 (CM)

08 Civ. 4110 (CM)

THE BLACKSTONE GROUP, L.P., et al.,

    Defendants.

———————————————————x

RETTINO INSURANCE AGENCY,

    Plaintiff,

-against-                                08 Civ. 5447 (CM)

THE BLACKSTONE GROUP, L.P., et al.,

    Defendants.

———————————————————x

McMahon, J.:

    I have heard from both contestants for lead plaintiff status in the above-captioned securities fraud class actions (as you can see, there is one more case, newly filed, that has been added to this group of identical lawsuits). Contestant Litwin and his counsel see no conflict of interest that would require me to recuse myself. Contestant BX Investor Group and its counsel have gone on at great length about why a conflict of interest exists. Defendants have not been heard from, which suggests that they see no conflict, either.

    That said, while I disagree with most of what BX has to say, I have no interest in creating an issue where none ought to exist. I have, therefore, directed the Assignments Clerk to reassign your cases to a new judge. I will forward the lead counsel motion papers and your responses thereto to the new judge as soon as one is assigned. The newly assigned judge will let you know about the rest of the schedule.

Dated: July 1, 2008

                                                                    U.S.D.J.

BY ECF TO ALL COUNSEL